1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Defendants
7
                    IN THE UNITED STATES DISTRICT COURT
8
                        EASTERN DISTRICT OF CALIFORNIA
9
10  SARA SHEIKHALIZADEHJAHED,            CASE NO. 2:24-CV-01136-SCR
11                  Plaintiff,            STIPULATION AND [PROPOSED] ORDER FOR
                                          TEMPORARY STAY
12           v.
13  ERIC GAUDIOSI, ET AL.,
14                  Defendants.
15
16
17       The Defendants respectfully request to temporarily stay this case, and counsel for Plaintiffs does
18  not oppose. This case concerns the visa application of Plaintiff's father. The visa application was
19  refused for administrative processing, following a February 2023 consular interview. The State
20  Department has recently completed administrative processing for Plaintiff's father's visa case and has
21  requested updated documents from him. The parties anticipate that this lawsuit will soon be rendered
22  moot once the embassy receives the requested documents, and the State Department is then able to
23  complete the adjudications.
24  ///
25  ///
26  ///
27  ///
28
                                                  1

The parties therefore stipulate that this case be temporarily stayed, through January 20, 2025. The parties further request that all other filing deadlines be similarly extended and that the scheduling conference, currently set for December 5, 2024, be vacated.

Respectfully submitted,

Dated:  November 21, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JOSHUA GOLDSTEIN
JOSHUA GOLDSTEIN
Counsel for Plaintiff

[PROPOSED] ORDER

It is so ordered.

Dated: November 22, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE